Opinion issued November 29, 2007














In The

Court of Appeals

For The

First District of Texas



____________


NO. 01-07-00388-CR

____________


JAMES NATHAN CROSBY, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 56th Judicial District Court

Galveston County, Texas

Trial Court Cause No. 06CR2520 






MEMORANDUM OPINION

 Appellant, James Nathan Crosby, has filed a motion to dismiss the above-referenced appeal. The motion complies with the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We direct the clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Keyes.

Do not publish. Tex. R. App. P. 47.2(b).